UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CROSBY YACHT YARD, INC., )<br>       Plaintiff, )<br>v. )<br> )<br>M/V UNREMARKABLE (O.N. 1046171), )<br>    her engines, boilers, tackle, tender and )<br>    appurtenances, *in rem*, and )<br> )<br>ROBERT VANASSE, *in personam*, )<br>       Defendants. ) | Civil Action No.:<br><br>IN ADMIRALTY |

## VERIFIED COMPLAINT

Plaintiff, Crosby Yacht Yard, Inc. ("CYY"), by way of Verified Complaint against the Defendants, hereby states:

### Jurisdiction and Venue

1. Plaintiff brings this suit against the Defendants under the provisions of 28 U.S.C. §1333 as this is an admiralty claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, and Supplemental Rule C of the Federal Rules of Civil Procedure and pursuant to the provisions of 28 U.S.C. §1367.

2. Venue lies within this District under the provisions of 28 U.S.C. §1391.

### Statement of the Claim

3. CYY is a Massachusetts corporation with a principal office located at 72 Crosby Circle, Osterville, MA 02655.

4. At all times hereinafter noted the Defendant M/V UNREMARKABLE (O.N. 1046171) ("Vessel") is now within this district.

5. Upon information and belief, Defendant Robert Vanasse is an individual with a residential address of 38 Lincoln Road, Andover, MA 01810.

6. Mr. Vanasse is the current record owner of the Vessel.

7. Based upon the credit worthiness of the Vessel, CYY has provided storage, repairs, and other necessaries to the Vessel.

8. CYY is currently owed Thirty-Four Thousand Five Hundred Twenty Dollars and Nineteen Cents ($34,520.19) for storage, repairs, and other necessaries that have been provided to the Vessel dating back to the year 2017.

9. Despite repeated demands, Mr. Vanasse and the Vessel have failed to satisfy this outstanding balance.

10. Pursuant to the terms of the invoice and billing practices with this Vessel, CYY is also owed interest at 18% per annum and attorney's fees and costs incurred to collect the moneys owed to CYY.

## Prayers for Relief

WHERFORE, Plaintiff prays:

1. That a warrant for the arrest of the M/V UNREMARKABLE (O.N. 1046171), her engines, boilers, tackle, appurtenances, furniture, gear, tender, sails, electronics, etc. be issued, and that all persons claiming any right, title, or interest then be cited to appear and answer under oath to all matters aforesaid, and that the M/V UNREMARKABLE (O.N. 1046171), her engines, boilers, tackle, appurtenances, furniture, gear, tender, sails, electronics, etc. may be condemned and sold to pay the demands aforesaid, with interest and costs, and to pay and all other amounts required to be paid by the Defendants to Plaintiff, and that Plaintiff may have such other and further relief as the court deems just and equitable;

2. That CYY's Preferred Maritime Lien, be declared to be a valid and existing lien upon the M/V UNREMARKABLE (O.N. 1046171), her engines, boilers, tackle, appurtenances, furniture, gear, tender, sails, electronics, etc. in the preferred position described therein and thereby conveyed and transferred, prior and superior to the interest, liens or claims of any and all persons, firms or corporations whatsoever, except such persons, firms or corporations as may hold preferred maritime liens on said vessel.

3. That Judgment be entered in favor of the Plaintiff and against the Defendants, M/V UNREMARKABLE (O.N. 1046171) and Robert Vanasse, for the amount of the Plaintiff's damages, together with interest, costs, and if allowed, attorneys fees.

## VERIFICATION

I, Gregory R. Egan, being duly sworn, depose and say:

I have read the foregoing complaint and know the contents thereof and the same is true of my own knowledge, except as to those matters therein stated on information and belief, and as to those matters I believe it to be true. Pursuant to 28 USC §1746, I, Gregory R. Egan, declare under penalty of perjury that the foregoing is true and correct.

*/s/ Gregory R. Egan*
Crosby Yacht Yard, Inc.
By:   Gregory R. Egan
Its:   Vice President

Respectfully submitted,
Crosby Yacht Yard, Inc.,
By its attorneys,

*/s/ James Andrew Black*
David J. Farrell, Jr., Esq.
BBO No.: 559847
J. Andrew Black, Esq.
BBO No.: 705139
FARRELL SMITH O'CONNELL
AARSHEIM APRANS LLP
27 Congress Street, Suite 109
Salem, Massachusetts 01970
Tel: 978-744-8918
Dated: March 28, 2022                     e-mail: ablack@fsofirm.com